# Order

Michigan Supreme Court
Lansing, Michigan

August 13, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143831(45)(47)

BECKIE PRICE,
         Plaintiff-Appellee,

v

HIGH POINTE OIL COMPANY, INC.,
         Defendant-Appellant.

_____

SC: 143831
COA: 298460
Clinton CC: 08-010387-NO

      On order of the Chief Justice, the motion by plaintiff-appellee for extension to July 18, 2012 of the time for filing her brief is considered and it is granted. The motion by Michigan Manufacturers Association for leave to file a brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2012

_____
Clerk